In the Matter of the Estate of GEORGE C. DEFFNER, Deceased. ELLA M. DEFFNER, Respondent; NELSON G. DEFFNER, as Administrator C. T. A. of GEORGE C. DEFFNER, Deceased, Appellant.

Argued April 22, 1953; decided May 28, 1953.

*Max Cohen* for appellant.

*Clarence F. Grabb* for respondent.

Decree affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.